FILED

JUL 2 2 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 09 CR 542    JUDGE AMY ST. EVE |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 115(a)(1)(B) |
| HAROLD TURNER | ) | |

**MAGISTRATE JUDGE ASHMAN**

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

On or about June 2, 2009, and June 3, 2009, in the Northern District of Illinois, Eastern Division, and elsewhere,

HAROLD TURNER,

defendant herein, threatened to assault and murder three United States judges with intent to impede, intimidate, and interfere with such judges while engaged in the performance of official duties and with intent to retaliate against such judges on account of the performance of official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY