UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-542 |
| VERSUS | JUDGE DONALD E. WALTER |
| HAROLD TURNER | |

## COMMITMENT TO ANOTHER DISTRICT

The Defendant, Hal Turner, is hereby transferred to the District of New Jersey. The Defendant shall remain in custody pending the establishment of supervision by the United States Probation Office for the District of New Jersey.

**IT IS ORDERED**: The United States Marshal must transport the Defendant, together with a copy of this order, to the District of New Jersey and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive the Defendant. The Marshal or officer in the District of New Jersey should immediately notify the United States Attorney for the Northern District of Illinois and the District of New Jersey of the Defendant's arrival.

**THUS DONE AND SIGNED**, this 9th day of September 2009.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE