**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5670

September 15, 2009

Mr. Robert Heinemann
Clerk
United States District Court
Theodore Roosevelt
 United States Courthouse
225 Cadman Plaza East, Room 119S
Brooklyn, NY 11201-1818

Re: USA  vs.  Hal Turner
USDC No.:

**FILED**

SEP 1 8 2009
September 18, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Judge Donald E. Walter on 9/8/09.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: _____
Deputy Clerk

Enclosure(s):

New Case No. _____        Date _____